IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KDY, Inc.

Plaintiff,

vs.

Hydroslotter, et. al.

Defendant.

No. C 08-04074-JL

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby consents to have United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: 9/4/08

Signature

Counsel for Defendants Hydroslotter, PPT, + Taylor

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature

Counsel for _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Consent to Proceed Before a U.S. Magistrate Judge was faxed on this date to:

Charleton Spencer Pearse, Esq.
LENAHAN LEE SLATER & PEARSE LLP
1030 15th Street, Ste 300
Sacramento, CA 95814
fax:   916/443-0869

DATED: September 4, 2008

JAN A. TIMM